UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHAMMA K. BRANDON,

                                        Plaintiff,

        vs.                                     9:13-CV-939
                                                (TJM/DEP)

DR. GLEN SCHROYER, et al.,

                                        Defendants.

_____

Thomas J. McAvoy,
United States District Judge


## DECISION & ORDER

        This action, brought pursuant to 42 U.S.C. §§ 1983, 1985 and 1986, as well as the

Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. §

2000cc, alleges that Defendants violated the Plaintiff's rights by denying him access to

food appropriate to his religion and preventing him participating in religious ceremonies

during his incarceration, and by failing to protect him from an assault by a fellow inmate.

The action was referred to the Hon. David E. Peebles, United States Magistrate Judge, for

a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

        The Report-Recommendation, dated February 26, 2016, recommends that

Defendants' motions for summary judgment be granted in part and denied in part, and that

Defendant Glen Schroyer be permitted to file a supplemental motion for summary

1

judgment to address Plaintiff's claims of retaliation.  <u>See</u> dkt. # 99.  Defendant Schroyer

subsequently filed such a motion.  <u>See</u> dkt. # 100.

Plaintiff filed objections to the Report-Recommendation.  When objections to a

magistrate judge's Report-Recommendation are lodged, the Court makes a "*de novo*

determination of those portions of the report or specified proposed findings or

recommendations to which objection is made."  <u>See</u> 28 U.S.C. § 636(b)(1).  After such a

review, the Court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge.  The judge may also receive further

evidence or recommit the matter to the magistrate judge with instructions."  <u>Id.</u>

Having reviewed the record *de novo* and having considered the issues raised in the

Plaintiff's objections, this Court has determined to accept and adopt the recommendation

of Magistrate Judge Peebles for the reasons stated in the Report-Recommendation.

It is therefore

**ORDERED** that the Plaintiff's objections to the Report-Recommendation of

Magistrate Judge Peebles, dkt. # 111, are hereby OVERRULED.  The Report-

Recommendation, dkt. # 99, is hereby ADOPTED, and:

1.    Defendant Schroyer's motion for summary judgment, dkt. # 75, is hereby

        GRANTED in part and DENIED in part.  The motion is denied with respect to

        Plaintiff's retaliation claims against Plaintiff and GRANTED in all other

        respects;

2.    Defendant Schroyer's second motion for summary judgment is hereby

        accepted as filed.  The Clerk of Court shall refer the motion to Magistrate

Judge Peebles for a Report and Recommendation; and

3.     The motion of summary judgment of Defendants Bedard, Blaise, Clancy,

Laurin, Kinter, Perry, Web and Wingler, dkt. # 77, is hereby GRANTED in

part and DENIED in part.  The motion is DENIED with respect to Plaintiff's

failure-to-protect claim against Defendants Blaise and Clancy and

GRANTED in all other respects.


**IT IS SO ORDERED.**

Dated:April 25, 2016

Thomas J. McAvoy
Senior, U.S. District Judge